# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

**JUDGMENT RENDERED DECEMBER 23, 2014**

**NO.  03-13-00037-CR**

**Eddie Matthews, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM THE 21ST DISTRICT COURT OF BASTROP COUNTY
BEFORE CHIEF JUSTICE JONES, JUSTICES PEMBERTON AND ROSE
AFFIRMED -- OPINION BY CHIEF JUSTICE JONES**

This is an appeal from the judgment of conviction entered by the trial court.  Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment of conviction.  Therefore, the Court affirms the trial court's judgment of conviction.  The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.